

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. VICTOR RAMOS, DEFENDANT(S). | CASE NUMBER SA11-163M (Dft #5) ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant's counsel_, IT IS ORDERED that a detention hearing is set for _April 7_, _2011_, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: APR - 5 2011

MARC L. GOLDMAN
U.S. ~~District Judge~~/Magistrate Judge